1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  DAVID LANCASTER,                    )    No. C 08-1880 MMC (PR)
                                        )
11              Petitioner,             )    **ORDER GRANTING RESPONDENT'S**
                                        )    **MOTION FOR EXTENSION OF TIME**
    v.                                  )
12                                      )
    A.P. KANE, Warden,                  )    **(Docket No. 3)**
13                                      )
                Respondent.             )
14  _____  )

15

16       GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a

17  response to the petition is hereby GRANTED.  Respondent shall file his response to the

18  petition no later than February 23, 2009.  Within **thirty** days of the date such response is

19  filed, petitioner shall file with the Court and serve on respondent a responsive pleading

20  thereto.  If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's

21  opposition within **fifteen** days of the date such opposition is filed.

22       This order terminates Docket No. 3.

23       IT IS SO ORDERED.

24  DATED: December 29, 2008

25                                      _____
                                        MAXINE M. CHESNEY
26                                      United States District Judge

27

28

*United States District Court*
For the Northern District of California