IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LANCASTER,

        Petitioner,

v.

BEN CURRY, Warden,

        Respondent.
        _____/

No. CV-08-1880 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED. The certificate of appealability is hereby DENIED.

Dated: April 28, 2011

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk